UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CURRY, individually,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MARK FLORES, individually; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-04125-RAO<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE**<br><br>**[~~PROPOSED~~]** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint Stipulation to dismiss the above-entitled action, including defendant, M. FLORES, with prejudice, each party to bear his or her own costs and fees, is hereby granted, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

Dated: November 27, 2018

_____
Honorable Rozella A. Oliver
United States District Court Judge

///
///
///
///